IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                        NO. 04-20371-Ma

TERRANCE DAVIS,

    Defendant.

---

ORDER RESETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME

---

Before the court is the government's May 12, 2005 motion to reset a change of plea hearing which is currently set for May 19, 2005. For good cause shown, the Court grants the motion and continues the trial date to the July 5, 2005 rotation docket with a report / change of plea date of **Friday, June 24, 2005, at 1:30 p.m.**

The period from May 19, 2005, through July 15, 2005, is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(8)(A)(iv) because the interests of justice in allowing for continuity of government counsel and to allow counsel additional time to prepare outweigh the need for a speedy trial.

It is so ORDERED this 13th day of May, 2205.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-19-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20371 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT