IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

MAY 18 PM 3: 34

ROBERT R. DI TROLIO

---

UNITED STATES OF AMERICA,

VS.                                           NO. 04-20371-01-Ma

TERRANCE DAVIS,

    Defendant.

---

### ORDER GRANTING MOTION TO WAIVE APPEARANCE AT REPORT DATE

On April 21, 2005, counsel for defendant Terrance Davis filed a motion to waive the appearance of the defendant at the report date scheduled on April 21, 2005. For good cause shown, the motion is granted and the defendant may waive his personal appearance.

IT IS SO ORDERED this 18th day of May, 2005.

/s/ Samuel H. Mays, Jr.

---

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

55

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20371 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT